AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Dean D. | Central District of California | 07/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

312 N. Spring Street
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | Custodian | West,pimt Asset Management U/CA/UTMA |
| 3. | Custodian | West,pimt Asset Management U/CA/UTMA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Consultant/Counselor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MorganStanley | Portfolio CreditLine | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.     Property   (H) | | | | | | | | | |
| 2. - Microsoft | D | Dividend | M | T | | | | | |
| 3. - Metlife Ins Co of Connecticuit Annuity | | None | N | T | | | | | |
| 4.   B (H) | | | | | | | | | |
| 5. - Smith Barney Money Market | A | Dividend | | | Distributed | 12/31/12 | J | | |
| 6. - Wendys International Inc | A | Dividend | J | T | | | | | |
| 7. - Israel Due 2014 7th Dev B | A | Dividend | J | T | | | | | |
| 8. - Angel Oak Multi Strategy | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 9. - Black Rock Equity Dividend Fund | A | Dividend | J | T | | | | | |
| 10. - FMI Large Cap | A | Dividend | J | T | Buy (add'l) | 06/29/12 | J | | |
| 11. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 12. - JP Morgan Mid-Cap Value Fund | A | Dividend | J | T | | | | | |
| 13. - Loomis Sayles Small Cap Growth | A | Dividend | J | T | | | | | |
| 14. - JP Morgan - Mid-Cap Growth | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 15. - Touchstone Small Cap Core | A | Dividend | J | T | | | | | |
| 16. - Artisan International Fund | A | Dividend | J | T | | | | | |
| 17. - Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 19.  - Aberdeen Emerging Markets | A | Dividend | J | T | Sold (part) | 06/22/12 | J | A | |
| 20.  - Nuveen Tradewinds Global All-Cap | A | Dividend | | | Sold | 03/26/12 | J | A | |
| 21.  - Aston/River Road Independent Value | A | Dividend | J | T | Buy (add'l) | 06/18/12 | J | | |
| 22.  - Center Coast MLP Focus Instl | A | Dividend | J | T | | | | | |
| 23.  - Marketfield Fund | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 24.  - Permanent Portfolio | A | Dividend | | | Sold | 06/14/12 | J | A | |
| 25.  - RiverNorth Core Opportunity Fund | A | Dividend | J | T | | | | | |
| 26.  - DoubleLine Total Return Bond I | A | Int./Div. | J | T | | | | | |
| 27.  - Vanguard Interim-Term Tax-Exempt Bond Fund | A | Int./Div. | J | T | Sold (part) | 06/07/12 | J | A | |
| 28.  - Templeton Global Total Return Bond Fund | A | Int./Div. | | | Sold | 06/06/12 | J | A | |
| 29.  - Templeton Global Bond Fund | A | Int./Div. | | | Sold | 06/06/12 | J | A | |
| 30.  - Schwab AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 31.  - PIMCO Total Return Fund | A | Dividend | J | T | Buy | 6/11/12 | J | | |
| 32.  - ING Midcap Oppty Fund | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 33.  - Mainstay Marketfield Fund | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 34.  - Wasatch Emrg Mkt Small Cap | A | Dividend | J | T | Buy | 06/26/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cambiar Aggressive Value | A | Dividend | | | Buy | 03/28/12 | J | | |
| 36. | | | | | Sold | 06/27/12 | J | A | |
| 37. ▨ D (H) | | | | | | | | | |
| 38. - Smith Barney Cash & Money Market | A | Dividend | | | Distributed | 12/31/12 | J | | |
| 39. - Black Rock Equity Dividend Fund | A | Dividend | J | T | | | | | |
| 40. - FMI Large Cap | A | Dividend | J | T | Buy (add'l) | 06/29/12 | J | | |
| 41. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 42. - JP Morgan Mid-Cap Value Fund | A | Dividend | J | T | | | | | |
| 43. - Loomis Sayles Small Cap Growth | A | Dividend | J | T | | | | | |
| 44. - Morgan Stanley Instit Mid-Cap Growth | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 45. - Touchstone Small Cap Core | A | Dividend | J | T | | | | | |
| 46. - Artisan International Fund | A | Dividend | J | T | | | | | |
| 47. - Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 48. - Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 49. - Aberdeen Emerging Markets | A | Dividend | J | T | Sold (part) | 06/22/12 | J | A | |
| 50. - Nuveen Tradewinds Global All-Cap | A | Dividend | | | Sold | 03/26/12 | J | A | |
| 51. - Aston/River Road Independent Value | A | Dividend | J | T | Buy (add'l) | 06/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Center Coast MLP Focus Instl | A | Dividend | J | T | | | | | |
| 53. - MainStay Marketfield Fund | A | Dividend | J | T | Buy (add'l) | 06/18/12 | J | | |
| 54. | | | | | Sold (part) | 07/10/12 | J | A | |
| 55. - Permanent Portfolio | A | Dividend | | | Sold | 06/14/12 | J | A | |
| 56. - RiverNorth Corp Opportunity Fund | A | Dividend | J | T | | | | | |
| 57. - Double Line Total Return Bond I | A | Int./Div. | J | T | | | | | |
| 58. - Vanguard Interim-Term Tax Exempt Fund | A | Int./Div. | J | T | Sold (part) | 06/07/12 | J | A | |
| 59. - Templeton Global Total Return | A | Int./Div. | | | Sold | 06/06/12 | J | A | |
| 60. - Schwab AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 61. - ING MidCap Opportunities | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 62. - Wasatch Emerging Markets Sm Cap | A | Dividend | J | T | Buy | 06/26/12 | J | | |
| 63. - PIMCO Total Return Fund | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 64. - Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 65. - Cambiar Aggressive Value | A | Dividend | | | Buy | 03/28/12 | J | | |
| 66. | | | | | Sold | 06/27/12 | J | A | |
| 67. Fiduciary Cap Pension Parts DDP | | None | J | U | | | | | |
| 68. IRA #1 & #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Schwab Money Market | A | Interest | J | T | | | | | |
| 70. - American Express Centurion Bk CD | A | Interest | | | Closed | 1/1/12 | L | | |
| 71. - Capmart Bank CD | A | Interest | | | Closed | 1/1/12 | L | | |
| 72. - GMAC Bank CD | A | Interest | | | Closed | 1/1/12 | L | | |
| 73. - Keybank Nat'L Association CD | A | Interest | | | Closed | 1/1/12 | K | | |
| 74. Blackrock Equity Dividend Fund | A | Dividend | L | T | Buy (add'l) | 06/29/12 | J | | |
| 75. FMI Large Cap | B | Dividend | L | T | Buy (add'l) | 06/16/12 | J | | |
| 76. | | | | | Buy (add'l) | 06/29/12 | K | | |
| 77. Fidelity Contrafund | A | Dividend | L | T | Buy (add'l) | 06/29/12 | J | | |
| 78. JP Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 79. Loomis Sayles Small Cap Growth | A | Dividend | K | T | | | | | |
| 80. Morgan Stanley Instit Mid Cap Growth | A | Dividend | J | T | Sold (part) | 11/20/12 | K | A | |
| 81. Touchstone Small Cap Core | A | Dividend | K | T | Buy (add'l) | 03/06/12 | J | | |
| 82. Artisan International Fund | A | Dividend | K | T | | | | | |
| 83. Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 84. Oakmark International Small Cap Fund | A | Dividend | K | T | | | | | |
| 85. Aberdeen Emerging Markets | A | Dividend | K | T | Sold (part) | 06/11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 06/22/12 | K | A | |
| 87. Nuveen Tradewinds Global All-Cap | A | Dividend | | | Sold | 03/26/12 | K | A | |
| 88. Aston/River Road INdependent Value | B | Dividend | L | T | Buy (add'l) | 06/18/12 | K | | |
| 89. Mainstay Marketfield Fund | A | Dividend | M | T | Buy (add'l) | 06/18/12 | K | | |
| 90. Permanent Portfolio | A | Dividend | | | Sold | 06/14/12 | L | A | |
| 91. RiverNorth Core Opportunity Fund | B | Dividend | L | T | Buy (add'l) | 12/28/12 | J | | |
| 92. UBS E-Tracs Alerian MLP Infrastructure ET'N. | A | Dividend | L | T | | | | | |
| 93. DoubleLine Total Return Bond I | B | Interest | L | T | Buy (add'l) | 06/08/12 | J | | |
| 94. PIMCO Total Return Fund | B | Dividend | L | T | Buy (add'l) | 06/08/12 | K | | |
| 95. Templeton Global Bond Fund | B | Dividend | | | Sold | 06/06/12 | M | A | |
| 96. | | | | | Buy | 04/04/12 | L | | |
| 97. Cambiar Aggressive Value | A | Dividend | | | Buy | 03/28/12 | K | | |
| 98. | | | | | Sold | 06/27/12 | K | A | |
| 99. Angel Oak Multi-Strategy Income | B | Dividend | K | T | Buy | 06/08/12 | K | | |
| 100. ING Mid Cap | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 101. Wasatch | A | Dividend | K | T | Buy | 06/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544